UNITED STATES DISRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NO:

2:25-cv-12701-DCN

| | |
|---|---|
| Barbara Casey, | ) |
|                      Plaintiff, | ) |
| vs. | ) |
| | ) **NOTICE OF REMOVAL** |
| | ) **TO FEDERAL COURT** |
| Amirjon Yusupov and | ) |
| Uzex Enterprise, LLC, | ) |
|                      Defendants. | ) |

The defendants, Amirjon Yusupov and Uzex Enterprise, LLC, respectfully show unto the Court as follows:

1.     That the above-entitled action was commenced in the Court of Common Pleas, for the Fourteenth Judicial Circuit, County of Colleton, South Carolina, by the filing of Summons and Complaint on June 30, 2025 and is now pending in that Court, Civil Action No: 2025-CP-15-00646.

2.     That a copy of the Summons and Complaint was served on Defendant Amirjon Yusupov on July 17, 2025.

3.     That a copy of the Summons and Complaint was served on Defendant Uzex Enterprise, LLC on July 17, 2025.

4.     That Plaintiff's counsel granted an extension until September 25, 2025 to answer or otherwise plead on behalf of both Defendants.

5.     That the action appears to be one for damages as a result of a motor vehicle accident.

6.     That, upon information and belief, the Plaintiff, both at the time of filing of

this action and at all times thereafter has been a resident of the state of New Jersey.

7. That, at the time this action was filed, and at all times thereafter, Defendant Amirjon Yusupov is a resident of the state of New York.

8. That, at the time this action was filed, and at all times thereafter, Defendant Uzex Enterprises, LLC is incorporated and has its principal place of business in Ohio.

9. That the parties to this action are citizens of different states and were citizens of different states at the time this action was filed.

10. While the Plaintiff's prayer for relief does not specify the amount of damages, upon information and belief, the amount in controversy in the within action exceeds Seventy-Five Thousand Dollars and No/100 ($75,000) exclusive of interest and costs.

11. That this action is one of which the United States District Court has been given original jurisdiction by reason of complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332.

12. That thirty (30) days has not yet expired since this action became removable to this Court pursuant to the provisions of 28 U.S.C. §1441.

13. That copies of all pleadings, process and orders served in this action are attached and marked as Exhibit "A".

**WHEREFORE**, the defendants, Amirjon Yusupov and Uzex Enterprise, LLC, prays that the above-entitled action be removed from the Court of Common Pleas for the County of Colleton, State of South Carolina to the United States District Court for the District of South Carolina, Charleston Division.

[signature page to follow]

|  |  |
|---|---|
|  | WESTON CRAIG ANTHONY, LLC |
| Mt. Pleasant, South Carolina<br>September 25, 2025 | /s/ Joseph R. Weston<br>_____<br>Joseph R. Weston<br>Fed Bar No. 6094<br>P.O. Box 1992<br>Mt. Pleasant, SC 29465-1992<br>(843) 881-4995<br>joe@wcalawfirm.com<br>ATTORNEY FOR DEFENDANTS |