| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF COLLETON<br><br>Barbara Casey,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Amirjon Yusupov and Uzex Enterprise, LLC<br>　　　　　　Defendant. | IN THE COURT OF COMMON PLEAS<br>FOR THE FOURTEENTH JUDICIAL CIRCUIT<br><br>CASE NO.: 2025-CP-15-00646<br><br>**AFFIDAVIT OF SERVICE** |

Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On July 17, 2025, the affiant served (1) the Summons and Complaint, (2) Plaintiffs' First Interrogatories to Defendant, (3) Plaintiffs' First Requests for Production to Defendant, (4) Notice of Deposition and (5) Plaintiffs' First Requests for Admissions to Defendant in this action on Defendant Uzex Enterprise, LLC by depositing those documents with the commercial delivery service Federal Express, tracking number 8828-3573-3168, to be delivered to 1089 Stratford CT Loveland, OH, US, 45140. The delivery record for that tracking number, attached as **Exhibit A**, shows that Defendant Uzex Enterprise, LLC received and signed for the delivery on July 17, 2025, at 12:18 PM.

Sworn to before me this
21st day of July, 2025

_____
Notary Public of South Carolina

My Commission expires: 3|6|29

_____
Affiant Signature

ELECTRONICALLY FILED - 2025 Jul 22 10:07 AM - COLLETON - COMMON PLEAS - CASE#2025CP1500646

# EXHIBIT A



July 21, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882835733168

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | U.Uzex | **Delivery Location:** | 1089 STRATFORD CT |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | LOVELAND, OH, 45140 |
| | | **Delivery date:** | Jul 17, 2025 12:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 882835733168 | **Ship Date:** | Jul 16, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Uzex Enterprise LLC
1089 STRATFORD CT
LOVELAND, OH, US, 45140

**Shipper:**
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405

U. UZEX
#35, 12:19, 1 Del, 0 NonDel

Thank you for choosing FedEx

ELECTRONICALLY FILED - 2025 Jul 22 10:07 AM - COLLETON - COMMON PLEAS - CASE#2025CP1500646