ELECTRONICALLY FILED - 2025 Jul 22 10:20 AM - COLLETON - COMMON PLEAS - CASE#2025CP1500646

STATE OF SOUTH CAROLINA

COUNTY OF COLLETON

Barbara Casey,

                Plaintiff,

vs.

Amirjon Yusupov and Uzex Enterprise,
LLC

                Defendant.

IN THE COURT OF COMMON PLEAS
FOR THE FOURTEENTH JUDICIAL CIRCUIT

CASE NO.:  2025-CP-15-00646


**AFFIDAVIT OF SERVICE**


Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On July 17, 2025, the affiant served (1) the Summons and Complaint, (2) Plaintiffs' First Interrogatories to Defendant, (3) Plaintiffs' First Requests for Production to Defendant, (4) Notice of Deposition and (5) Plaintiffs' First Requests for Admissions to Defendant in this action on Defendant Amirjon Yusupov by depositing those documents with the commercial delivery service Federal Express, tracking number 8828-3472-0128, to be delivered to 1111 E 15th St Apt 1B Brooklyn, NY, US, 11230. The delivery record for that tracking number, attached as **Exhibit A**, shows that Defendant Amirjon Yusupov received and signed for the delivery on July 17, 2025, at 2:15 PM.


Sworn to before me this
21st day of July, 2025

_____
Notary Public of South Carolina

My Commission expires: _3|6|29_

_____
Affiant Signature

# EXHIBIT A

ELECTRONICALLY FILED - 2025 Jul 22 10:20 AM - COLLETON - COMMON PLEAS - CASE#2025CP1500646



July 21, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882834720128

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | N.Did | Delivery Location: | 1111 E 15TH ST APT 1B |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery; Direct Signature Required | | BROOKLYN, NY, 11230 |
| | | Delivery date: | Jul 17, 2025 14:15 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 882834720128 | Ship Date: | Jul 16, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Amirjon Yusupov
1111 E 15TH ST APT 1B
BROOKLYN, NY, US, 11230

**Shipper:**
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405



N. DID
#46, 14:16, 1 Del, 0 NonDel

Thank you for choosing FedEx

ELECTRONICALLY FILED - 2025 Jul 22 10:20 AM - COLLETON - COMMON PLEAS - CASE#2025CP1500646