UNITED STATES DISRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NO:

2:25-cv-12701-DCN

| | |
|---|---|
| Barbara Casey, | ) |
|         Plaintiff, | ) |
| vs. | ) |
| | ) **DEFENDANTS' ANSWERS TO** |
| | ) **FED RULE 26.01 INTERROGATORIES** |
| Amirjon Yusupov and | ) |
| Uzex Enterprise, LLC, | ) |
|         Defendants. | ) |

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **ANSWER**:    None known.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

    **ANSWER:**    Defendants request a trial by jury as to the issues in dispute, including negligence, proximate cause and damages, all of which have been denied by Defendants and present issues for resolution by the jury.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

    **ANSWER:**    Not applicable.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

    **ANSWER:**    The automobile accident described in the Complaint occurred in Colleton County, South Carolina; thus, the Charleston Division is the appropriate division for removal of the case on diversity grounds.

(E)  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:   (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**   None known.

(F)  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**   Not applicable.

(G)  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**   Defendants aver that the accident was caused by the negligence of the driver of Plaintiff's car, William Casey, based on the fact that Mr. Casey made an unsafe lane change immediately before the accident occurred, pulling directly in front of Defendant Yusupov's truck and then stopping suddenly.

        WESTON CRAIG ANTHONY, LLC

Mt. Pleasant, South Carolina
September 25, 2025        /s/ Joseph R. Weston

        Joseph R. Weston
        Fed Bar No. 6094
        P.O. Box 1992
        Mt. Pleasant, SC 29465-1992
        (843) 881-4995
        joe@wcalawfirm.com
        ATTORNEY FOR DEFENDANTS