IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:25-CV-12701-DCN

| | |
|---|---|
| Barbara Casey, | ) |
| Plaintiff, | ) |
| | ) **CONSENT ORDER TO REMAND** |
| v. | ) |
| Amirjon Yusupov and Uzex Enterprise, LLC, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Remand (ECF # 6), to which Defendants have consented. For the reasons set forth below and by consent of the parties, the Court GRANTS Plaintiff's Motion.

The undisputed facts are as follows: On July 17, 2025, Plaintiff served Defendants with Plaintiff's state court complaint. Defendants sought and obtained an extension of time to respond to Plaintiff's state court complaint. Seventy days after service, on September 25, 2025, Defendants filed their Notice of Removal. (ECF # 1).

28 U.S.C. section 1446(b) required Defendants to remove this case from state court within thirty days of service. This 30-day window "cannot be enlarged by court order, stipulation of the parties, or otherwise." *Johnson v. USAA Cas. Ins. Co.*, 900 F.Supp.2d 1310, 1312 (M.D. Fla. 2012). Defendants' filing outside of this strict 30-day limit "is grounds for immediately remanding a removed case to state court[.]" *Nationstar Mortg., LLC v. Clarke*, No. CV 3:17-1743-MBS-PJG, 2017 WL 3773130 at *1 (D.S.C. Aug. 9, 2017), *report and recommendation adopted*, No. CV 3:17-1743-MBS, 2017 WL 3730556 (D.S.C. Aug. 30, 2017). The 30-day period afforded by 28 U.S.C. section 1446(b) is "'mandatory and cannot be extended by consent of the parties or by

court order.'" *Cook v. Travelers Companies*, 904 F. Supp. 841 (N.D. Ill. 1995) (citation omitted); *see also Crompton v. Park Ward Motors, Inc.*, 477 F. Supp. 699 (E.D. Pa. 1979) (holding that the 30 day window for remand cannot be extended by consent of the parties or by court order); *Robinson v. LaChance*, 209 F. Supp. 845 (E.D.N.C. 1962) (same, under the previous 20 day period).

For the reasons set forth above and by consent of the parties, it is **ORDERED** that Plaintiff's Motion to Remand is **GRANTED,** and this case is hereby **REMANDED** to the **Court of Common Pleas of Colleton County, South Carolina.**

DONE and ORDERED this 14th day of November, 2025.

_____
David C. Norton
United States District Judge