|  |  |
|---|---|
| **From:** | Heather Cornwell |
| **To:** | "ghale@colletoncounty.org" |
| **Subject:** | REMAND - Casey v. Yusupov et al 2:25-cv-12701-DCN |
| **Date:** | Friday, November 14, 2025 11:23:00 AM |
| **Attachments:** | 25-12701 nef.pdf |
|  | 25-12701 filed order.pdf |

Good Morning-

Please be advised that on November 14, 2025 an order was entered remanding the above referenced
case to your court. The case number assigned to this action in your Court is **2025CP1500646**.

***Please confirm receipt of the order by responding to this email.***

A copy of the Notice of Electronic Filing and a certified copy of the order are attached.
The attorneys in this case are listed at the bottom of the Notice of Electronic Filing and will be responsible for sending the documents filed in Federal Court to State Court.

Thank you,
Heather Cornwell
Civil Case Administrator
United States District Court
85 Broad Street
Charleston, SC 29401
(843) 259-5523